# *United States District Court*

*Northern District of New York*

# CIVIL JUDGMENT

ROBERT SHUTE

                              **Plaintiff**

          **VS.**                            **5:05-CV-545 (FJS/GHL)**

**RALPH LAMSON, Code Enforcement; and MAUREEN A. PERRIN, Town Justice**

                              **Defendants'**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the plaintiff's failure to comply with the terms of the 5/10/05 Court Order and the requirements of the Federal Rules and statutes, the action is hereby dismissed without further order.

All of the above pursuant to the Order of the Honorable Chief Judge Frederick J. Scullin, Jr., dated the 10th day of May, 2005.

| | |
|---|---|
| **JULY 15, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | **s/** |
| | _____ |
| | **JOANNE BLESKOSKI** <br> **DEPUTY CLERK** |